UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:14CR227 (AWT) |
| EARL O'GARRO | : | December 8, 2014 |

MOTION TO PERMIT OUT OF STATE TRAVEL

Comes the defendant, Earl O'Garro, by and through the undersigned counsel and respectfully moves this Honorable Court to amend the conditions of his Bond to permit hims to travel outside the state of Connecticut. Specifically he seeks permission to travel to Washington, DC for the purpose of retaining counsel. Mr. O'Garro was arraigned before Magistrate Judge Martinez on November 21, 2014. At that time he was released on bond with conditions, one of which limited his travel to the district of Connecticut. Mr. O'Garro is currently in compliance with the terms and conditions of his bond.

At this time, Mr. O'Garro seeks permission to fly to Washington, DC, on December 11, 2014, in order to meet with attorneys in the DC area with the purpose of retaining counsel. Mr. O'Garro intends to return on Tuesday, December 16. While in Washington, he will be staying at the Courtyard Marriott in Arlington, Virginia.

Should the Court grant this motion, Mr. O'Garro will provide his supervising pre-trial services officer with all of the details of his trip including flight numbers. His supervising officer, Charmaine Harkins, does not object to this motion. Assistant United States Attorney Chris Mattei does not object to this motion.

Wherefore, Mr. O'Garro respectfully requests that this Court permit him to travel to Washington, DC to retain counsel.

- 2 -

        Respectfully submitted,

        THE DEFENDANT,
        Earl O'Garro

        FEDERAL DEFENDER OFFICE

Dated:  December 8, 2014        /s/ Deirdre A. Murray
        Deirdre A. Murray
        Assistant Federal Defender
        10 Columbus Blvd, 6th FL
        Hartford, CT 06106
        Phone: (860) 493-6260
        Bar No.: ct22981
        Email: deirdre_murray@fd.org

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 8, 2014, a copy of the foregoing Motion to Out of State Travel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Deirdre A. Murray
        Deirdre A. Murray