UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** : | **CASE NO.: 3:14CR227 (AWT)** |
| **PLAINTIFF** : | |
| : | |
| **v.** : | |
| : | |
| **EARL O'GARRO,** : | |
| **DEFENDANT** : | **AUGUST 3, 2020** |

## MOTION TO APPOINT COUNSEL NUNC PRO TUNC

Undersigned counsel respectfully moves this Court to appoint counsel, nunc pro tunc on April 17, 2020, rather than undersigned counsel's appointment date of May 1, 2020. In support of this motion, undersigned counsel represents as follows:

1. On April 15, 2020 undersigned counsel was contacted to represent Mr. O'Garro related to a Curcio Hearing; undersigned accepted this appointment and began to work on this matter.

2. Undersigned counsel's voucher reflects an appointment date of May 1, 2020; undersigned counsel submitted a voucher and it was returned because the voucher includes work performed on dates prior to the date of appointment.

3. Undersigned counsel engaged in work prior to and in preparation for the Curcio Hearing on May 1, 2020.

WHEREFORE, undersigned counsel respectfully moves this Court to appoint counsel, nunc pro tunc, on April 17, 2020.

Respectfully submitted,
\_\_\_/s/ Audrey Felsen\_
Audrey A. Felsen, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, CT  06905
Phone: (203) 327-1500
Fax:     (203) 327-7660
Fed. Bar. No.:  ct20891
afelsen@aol.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on August 3, 2020 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

       __/s/ Audrey Felsen__
       Audrey A. Felsen