

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:14CR227 (AWT) |
| EARL O'GARRO | : | November 22, 2021 |

## MOTION TO EXONERATE BOND AND RETURN OF PASSPORT

Earl O'Garro, the Defendant, respectfully moves for an order exonerating the surety appearance bond posted in this case and authorizing the return of his passport which is being held by undersigned counsel.

On April 14, 2016, this Court sentenced the Defendant to 78 months on Counts 1 through 3, to be served concurrently, and a 3-year term of supervised release.  All conditions of bond have been satisfied and all other conditions of his release have been fully complied with.

Respectfully submitted,

THE DEFENDANT,
Earl O'Garro

FEDERAL DEFENDER OFFICE

Dated:  November 22, 2021

/s/ Tracy Hayes
Tracy Hayes
Assistant Federal Defender
265 Church Street, 7th FL
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes
Tracy Hayes